UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROLANDO S. COLEMAN,

                    Plaintiff,

        v.

SCOTT M. LIGHT, ET AL,

                    Defendants.

Case No. 2:17-cv-00072-RBL-TLF

ORDER ADOPTING REPORT AND
RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and

Recommendation [Dkt. # 34], recommending that the Court grant Defendants' Motion for

Summary Judgment [Dkt. # 24].

    (1) The Magistrate Judge's Report and Recommendation is ADOPTED;

    (2) Defendants' Motion for Summary Judgment is GRANTED;

    (3) Light's complaint is DISMISSED;

    (4) If Light appeals, his *in forma pauperis* status will NOT continue; and

//

//

//

//

//

1    (5) the Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke

2        and to any other party that has appeared in this action.

3        IT IS SO ORDERED.

4        DATED this 7th day of February, 2019.

5

6        _____

         Ronald B. Leighton
7        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2