# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ROLANDO S. COLEMAN,

        Plaintiff,

v.

SCOTT M. LIGHT, ET AL,

        Defendants.

Case No. 2:17-cv-00072-RBL-TLF

AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 34], recommending that the Court grant Defendants' Motion for Summary Judgment [Dkt. # 24].

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Defendants' Motion for Summary Judgment is GRANTED;

(3) Plaintiff's complaint is DISMISSED;

(4) If Plaintiff appeals, his *in forma pauperis* status will NOT continue; and

//

//

//

//

//

1    (5) the Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke

2    and to any other party that has appeared in this action.

3    IT IS SO ORDERED.

4    DATED this 20th day of February, 2019.

                                                                                                 _____
                                                                                                  Ronald B. Leighton
                                                                                                  United States District Judge

AMENDED ORDER ADOPTING REPORT AND
RECOMMENDATION - 2